

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00077-CV

Juan **ENRIQUEZ**,
Appellant

v.

Oliver **BELL**, in his Official Capacity as Chairman of the Texas Board of Criminal Justice; Brad Livingston, in his Official Capacity as Executive Director of the Texas Department of Criminal Justice; Rick Thaler, in his Official Capacity as Director of the Texas Department of Criminal Justice; Becky Price, in her Official Capacity as Assistant Director of Classification and Records of the Texas Department of Criminal Justice; and Todd Foxworth, in his Official Capacity as Warden of the Texas Department of Criminal Justice's Michael Unit,
Appellees

From the 250th District Court, Travis County, Texas
Trial Court No. D-1-GN-11-003703
The Honorable Scott H. Jenkins, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's orders denying the motion to recuse, refusing to issue findings of fact and conclusions of law, and dismissing the suit as frivolous, are AFFIRMED.

SIGNED December 11, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice